

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00294-CV

---

FRANCISCO SORIA, APPELLANT

V.

DONNA LOUISE SORIA, APPELLEE

---

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 99115-E-FM, Honorable Steven Denny, Presiding

---

October 8, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Francisco Soria, proceeding pro se, filed a notice of appeal from the trial court's *Final Protective Order* without paying the requisite filing fee. By letter of September 16, 2024, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by September 26, would result in dismissal of the appeal. To date, Appellant has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam